```
REGINALD D. STEER (SBN 56324)
rsteer@akingump.com
NICHOLAS GREGORY (SBN 275582)
ngregory@akingump.com
```
**AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California Street, Suite 1500
San Francisco, CA 94104-1036
Telephone:    415.765.9500
Facsimile:    415.765.9501

HYONGSOON KIM (SBN 257019)
kimh@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
Telephone:    310.229.1000
Facsimile:    310.229.1001

Attorneys for Defendant VIZIO, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION - SANTA ANA

| | |
|---|---|
| ROGER LARSEN, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>VIZIO, INC.,<br><br>   Defendant. | Case No. 8:14-cv-01865-CJC-JCG<br><br>**DEFENDANT VIZIO, INC.'S NOTICE OF PENDENCY OF OTHER ACTION PURSUANT TO LOCAL RULE 83-1.4.1**<br><br>Trial Date:   August 16, 2016<br>Judge:       Hon. Cormac J. Carney |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

   PLEASE TAKE NOTICE that, pursuant to the Central District of California Local Civil Rules, Rule 83-1.4.1, Defendant VIZIO, Inc. ("Vizio") hereby provides notice of an action currently pending in the Orange County Superior Court for the State of California captioned *Leonard Mastrandrea v. Vizio, Inc.,* Case No. 30-2015-

00800803-CU-PL-CXC (the *Mastrandrea* matter), filed July 27, 2015.

In this action, plaintiff alleges that Vizio misrepresented the refresh rates of its televisions, and seeks damages and injunctive relief on behalf of all persons in Maine who purchased specific Vizio televisions from November 1, 2010 to the present. Plaintiff in the *Mastrandrea* matter makes substantially identical allegations, and seeks damages and injunctive relief on behalf of all persons in California who purchased the same Vizio televisions from November 1, 2010 to the present.

The attorneys representing the plaintiff and the defendant in the above-captioned matter are the same attorneys representing the plaintiff and the defendant in the *Mastrandrea* matter.  Pursuant to Local Rule 83-1.4.2(d), the names, addresses, and telephone numbers of the attorneys in the *Mastrandrea* matter are as follows:

**Attorneys for Plaintiff:**

> William H. Anderson, Esq.
> Cuneo Gilbert & LaDuca, LLP
> 507 C Street, NE
> Washington, DC 20002
> Phone: 202-789-3960
>
> Andrew W. Ferich, Esq.
> Chimicles & Tikellis LLP
> Haverford Office
> 361 West Lancaster Ave
> One Haverford Centre
> Haverford, Pennsylvania 19041
> Phone: 610-642-8500
>
> Deborah Dixon, Esq.
> Gomez Trial Attorneys
> 655 West Broadway, Suite 1700
> San Diego, CA  92101
> Phone: 619-237-3490

**Attorneys for Defendant:**

> Reginald D. Steer
> Nicholas Gregory
> Akin Gump Strauss Hauer & Feld LLP
> 580 California Street, Suite 1500
> San Francisco, CA 94104-1036
> Phone: 415.765.9500

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Hyongsoon Kim
Akin Gump Strauss Hauer & Feld LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
Phone: 310.229.1000

Dated:  November 3, 2015            AKIN GUMP STRAUSS HAUER & FELD LLP

By      /s/ Nicholas Gregory
        Nicholas Gregory

Attorneys for Defendant VIZIO, Inc.

**PROOF OF SERVICE**

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is: 580 California Street, Suite 1500, San Francisco, CA 94104. On November 4, 2015, I served the foregoing document(s) described as:

1. **VIZIO, INC.'S NOTICE OF PENDENCY OF OTHER ACTION PURSUANT TO LOCAL RULE 83-1.4.1**

on the interested parties below, using the following means:

**SEE ATTACHED SERVICE LIST**

BY THE COURT'S ELECTRONIC FILING SYSTEM: Based on a court order and agreement of the parties to accept service by e-mail or electronic transmission, I served the document to be sent to the respective e-mail addresses of the parties as stated above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on November 4, 2015 at San Francisco, California.

_Lorraine France-Gorn_
Lorraine France-Gorn

## SERVICE LIST

William H. Anderson, Esq.
Cuneo Gilbert & LaDuca, LLP
507 C Street, NE
Washington, DC 20002
Phone: 202-789-3960
Fax: 202-789-1813
wanderson@cuneolaw.com


Andrew W. Ferich, Esq.
Chimicles & Tikellis LLP
Haverford Office
361 West Lancaster Ave
One Haverford Centre
Haverford, Pennsylvania 19041
Phone: 610-642-8500
Fax: 610-649-3633
AWF@chimicles.com


Deborah Dixon, Esq.
Gomez Trial Attorneys
655 West Broadway, Suite 1700
San Diego, CA  92101
Phone: 619-237-3490
Fax: 619-237-3496
ddixon@gomeztrialattorneys.com