| | |
|---|---|
| ROGER LARSEN, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>VIZIO, INC.,<br><br>　　　　　　　Defendant. | Case No.: 8:14-cv-01865-CJC-JCG<br><br>**JUDGMENT** |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

# JUDGMENT

On June 26, 2017, the Court entered an Order **GRANTING** Defendant VIZIO, Inc.'s Motion for Summary Judgment in its entirety (Dkt. No. 131). There are no further claims remaining in this action.

Accordingly, **IT IS ORDERED AND ADJUDGED** that this action be and hereby is dismissed and judgment is hereby entered in favor of Defendant VIZIO, Inc.

**IT IS SO ORDERED**.

Dated: July 10, 2017

_____
Honorable Cormac J. Carney
United States District Court Judge